# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUTIERREZ,<br><br>　　　　Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 1:16-cv-1341-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including March 23, 2017, in which to file Plaintiff's confidential letter brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **February 23, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE