1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8944
        Facsimile: (415) 744-0134
7       E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-01341-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Confidential Letter Brief be extended from April 24, 2017 to May 24, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's letter. Defendant respectfully requests this additional

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

time because Defendant's counsel has a higher than normal workload. In addition, Defendant's counsel was on leave from April 14, 2017 to April 17, 2017.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

- In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court WITHIN fifteen (15) days after respondent serves his response on appellant, on or before June 8, 2017.
- In the event respondent does not agree to a remand, within thirty (30) days of service of respondent's response, on or before June 23, 2017, appellant shall file and serve an opening brief with the court and on respondent.
- Respondent's responsive brief shall be filed with the court and served on appellant within thirty (30) days after service of appellant's opening brief, on or before July 23, 2017.
- Appellant's reply brief shall be filed with the court and served on respondent within fifteen (15) days after service of respondent's brief, on or before August 7, 2017.

Respectfully submitted,

Dated: April 21, 2017  */s/ Melissa Newel*
(*as authorized via e-mail on 4/20/17)
MELISSA NEWEL
Attorney for Plaintiff

Dated: April 21, 2017  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, Defendant shall have an extension of time to May 24, 2017, in which to respond to Plaintiff's Confidential Letter Brief. Additionally, the Court's Scheduling Order shall be modified as follows:

(1) In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court WITHIN fifteen (15) days after respondent serves his response on appellant, on or before June 8, 2017.

(2) In the event respondent does not agree to a remand, within thirty (30) days of service of respondent's response, on or before June 23, 2017, appellant shall file and serve an opening brief with the court and on respondent.

(3) Respondent's responsive brief shall be filed with the court and served on appellant within thirty (30) days after service of appellant's opening brief, on or before July 23, 2017.

(4) Appellant's reply brief shall be filed with the court and served on respondent within fifteen (15) days after service of respondent's brief, on or before August 7, 2017.

IT IS SO ORDERED.

Dated: **April 21, 2017**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE